

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street
New York, New York 10007

June 6, 2022

<u>Via ECF</u>
Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: *The New York Times Co. et al. v. Federal Bureau of Investigation*,
> 22 Civ. 786 (OTW)

Dear Judge Wang:

    This Office represents the Federal Bureau of Investigation ("FBI"), the defendant in this action brought by plaintiffs The New York Times Company and Alexa Mills ("Plaintiffs") under the Freedom of Information Act ("FOIA"). I write respectfully on behalf of both parties to provide a status letter pursuant to the Court's order dated April 26, 2022, Dkt. No. 13.

    As anticipated in the parties' previous letter, Dkt. No. 12, the FBI reviewed the records responsive to the FOIA request at issue in this matter and made a production on May 23, 2022. Since then, counsel for the parties have conferred about a limited set of issues that remain, with the hope of resolving these outstanding points or narrowing the issues for briefing.

    Accordingly, the parties respectfully request that the Court permit the parties to file another status letter by June 27, 2022, to advise the Court what further proceedings, if any, the parties anticipate in this matter.

    Thank you for your consideration of this letter.

                                             Respectfully submitted,

                                             DAMIAN WILLIAMS
                                             United States Attorney

                          By:    /s/ Samuel Dolinger
                                   SAMUEL DOLINGER
                                   Assistant United States Attorney
                                   86 Chambers Street, 3rd Floor
                                   New York, New York 10007
                                   Tel.: (212) 637-2677
                                   samuel.dolinger@usdoj.gov

cc: Counsel of record (via ECF)